IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, *ex rel.*, Jimmy Allen, *et al.*, | : : : | Case No. 1:20-cv-61 |
| Relators, | : : | Judge Susan J. Dlott Magistrate Judge Karen L. Litkovitz |
| v. | : : | **Order Adopting Report and Recommendation** |
| The Good Samaritan Hospital of Cincinnati, Ohio, | : : : : | |
| Respondent. | | |

This matter is before the Court on Respondent The Good Samaritan Hospital of Cincinnati, Ohio's Motion to Dismiss the Complaint (Doc. 17); Relators Jimmy Allen, *et al.*'s Memorandum in Opposition (Doc. 20); Respondent's Reply (Doc. 21); and the Magistrate Judge's Report and Recommendation (Doc. 23). The Magistrate Judge recommended Respondent's Motion to Dismiss be granted.

No objections to the Report and Recommendation have been filed and the time to do so has expired. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. Respondent's Motion to Dismiss the Complaint is **GRANTED**, and this matter shall be terminated from the Court's docket.

**IT IS SO ORDERED**.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court